[Civ. No. 7848. First Appellate District, Division One.—January 16, 1931.]

JOSEPH J. SCHNERR, Petitioner, v. THE SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO et al., Respondents.

Edmund Gerald Brown for Petitioner.

No appearance for Respondents.

THE The application is denied for the reason that petitioner has ample remedy by appeal. (*Helbush* v. *Superior Court*, 99 Cal. App. 501 [278 Pac. 1062].)